UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY REYNOLDS,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY agent of UNUM LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br><br>    Defendant | Civil Case No.: 2:21-cv-01424<br><br><br>COMPLAINT RE: RECOVERY OF LONG-TERM DISABILITY BENEFITS AND DECLARATION AND ENFORCEMENT OF RIGHTS UNDER ERISA WELFARE PLAN |

Plaintiff, complaining of the Defendant, does hereby allege that:

### NATURE OF ACTION

1.0   This is an action for benefits under the Employee Income Security Act (ERISA), 29 U.S.C. §1001 et seq. and 29 U.S.C. §1132(a)(1)(B).

### JURISDICTION AND VENUE

2.0   Jurisdiction exists under 29 U.S.C. §1132(e). Venue is proper pursuant to 29 U.S.C. §1132(e)(2) and 28 U.S.C. §1391.

3.0   Plaintiff Lucy Reynolds is an adult resident of the United Kingdom who was a resident of Santa Clara County, California and King County, Washington at all

COMPLAINT RE: RECOVERY OF LONG-TERM DISABILITY BENEFITS AND DECLARATION AND ENFORCEMENT OF RIGHTS UNDER ERISA WELFARE PLAN--Page 1 of 4—Civil No. 2:21-cv-01424

INVICTUS LEGAL SERVICES
George Andre Fields
P.O. BOX 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722

1  times material herein, and venue is proper in this court. Plaintiff is a participant of the Plan in question pursuant to U.S.C. §1002(7) and a beneficiary of the Plan at issue herein and has exhausted her administrative remedies in this action. Plaintiff Lucy Reynolds ("Ms. Reynolds" or "Plaintiff") brings this action for the purpose of recovering benefits enforcing and clarifying her rights under that plan. under an ERISA governed employee benefit plan offered through her employer AFFYMETRIX, INC., D/B/A INSPERITY HOLDINGS INCORPORATED ("INSPERITY HOLDINGS" or "INSPERITY").

4.0  Defendant "NEW YORK LIFE INSURANCE COMPANY", an agent of LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a and referred to as "CIGNA" herein, is an insurance company licensed to do business in the state of Washington and maintaining offices in Seattle and Bellevue, Washington.

5.0  De novo review of the adverse determination(s) in this action is warranted under WAC 284-96-012 prohibiting non-discretionary clauses in insurance policies.

**FACTS**

6.0  CIGNA underwrites and insures disability policies throughout the state of Washington.

7.0  CIGNA underwrote and insured the Plan for short and long term disability benefits at issue in this suit in connection with Plaintiff's employer.

COMPLAINT RE: RECOVERY OF LONG-TERM DISABILITY BENEFITS AND DECLARATION AND ENFORCEMENT OF RIGHTS UNDER ERISA WELFARE PLAN--Page 2 of 4—Civil No. 2:21-cv-01424

INVICTUS LEGAL SERVICES
George Andre Fields
P.O. BOX 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722

8.0   The Plan at issue is comprised of the short and long-term disability Policy #SLK-0980001 (a continuation of policy SLK-030024), Incident #11470354-01 and #11470354-02.

9.0   The CIGNA short and long-term disability Plan was a separate legal entity from its sponsoring employer, INSPERITY HOLDINGS and continues to be a separate entity from the employer corporation.

10.0  INSPERITY is an "administrator" as defined in 29 U.S.C. §1002 (16).

11.0  CIGNA is a fiduciary capacity as outlined in 29 U.S.C. §1002 (21).

12.0  CIGNA was both the decision-maker and payor regarding Plaintiff's claims in this action.

13.0  Being both the decision-maker and payor CIGNA had a conflict of interest in this matter adversely affecting the review and decisions made on her claims.

14.0  Plaintiff's date of disability is November 19, 2015.

15.0  Plaintiff was an employee of AFFYMETRIX and INSPERITY HOLDINGS consistent with 29 U.S.C. §1002(6) when she became disabled.

16.0  In a notice dated June 10, 2021, Defendant denied Plaintiff's claim for long-term disability benefits.

## RELIEF REQUESTED

WHEREFORE Plaintiff requests relief as follows:

COMPLAINT RE: RECOVERY OF LONG-TERM DISABILITY BENEFITS AND DECLARATION AND ENFORCEMENT OF RIGHTS UNDER ERISA WELFARE PLAN--Page 3 of 4—Civil No. 2:21-cv-01424

INVICTUS LEGAL SERVICES
George Andre Fields
P.O. BOX 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722

18.0 That, pursuant to 29 U.S.C. §1132, the decision of the defendant be reviewed and set aside and that Plaintiff's claims for benefits be remanded to the Defendant for a calculation of long-term disability benefits. Plaintiff requests that the court require defendant to answer this complaint and supply the court with complete copies of the administrative record related to Plaintiff's claims for short and long-term disability benefits, including the Summary Plan Description, Social Security Disability administrative record, and all applicable policies.

19.0 That pursuant to 29 U.S.C. §1132(B), Plaintiff be granted a declaration that she is entitled to past and continuing long-term disability benefits under the Plan.

20.0 And that the court award the Plaintiff costs of court, prejudgment interest, expenses and reasonable attorney fees under 29 U.S.C. §1132(g)(1); and that the court grant such other and further relief as it deems just and proper.

Dated this 17th of October, 2021.

INVICTUS LEGAL SERVICES

/s/George Andre Fields,_____
Law Office of George Andre Fields, WSBA #25973
P.O. Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722
gafieldsdisabilitylaw@gmail.com
Attorney for Plaintiff

COMPLAINT RE: RECOVERY OF LONG-TERM DISABILITY BENEFITS AND DECLARATION AND ENFORCEMENT OF RIGHTS UNDER ERISA WELFARE PLAN--Page 4 of 4—Civil No. 2:21-cv-01424

INVICTUS LEGAL SERVICES
George Andre Fields
P.O. BOX 231024
Sacramento, CA 95823
Phone: (800) 567-1556
Fax: (855) 679-9722