UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCY REYNOLDS,

          Plaintiff,

  v.

NEW YORK LIFE INSURANCE COMPANY,

          Defendant.

C21-1424

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Lucy Reynold's Motion to Seal, docket no. 12, is GRANTED. Plaintiff is DIRECTED to file Exhibit C under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of December, 2021.

                        Ravi Subramanian
                        Clerk

                        s/Gail Glass
                        Deputy Clerk

MINUTE ORDER - 1