UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY REYNOLDS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK LIFE INSURANCE CO.,<br><br>　　　　　　　　　Defendant. | C21-1424<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　Plaintiff's Motion for Default Judgment, docket no. 9, is DENIED without prejudice. Plaintiff has failed to submit evidence establishing that New York Life Insurance Company, as opposed to Life Insurance Company of North America, issued the relevant insurance policy, docket no. 10-1. Additionally, Plaintiff's calculations for past due benefits are unsupported by the evidence as they fail to account for increases to her SSD offset. See Ex. F to Fields Decl. Plaintiff has also not established that she is entitled to future relief under the policy terms. See Ex. A to Fields Decl. at 9 (docket no. 10-1) ("Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.").

　　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 12th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1