1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCY REYNOLDS,

               Plaintiff,

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

              Defendant.

C21-1424 TSZ

AMENDED ORDER AND
JUDGMENT OF DEFAULT

THIS MATTER comes before the Court on Lucy Reynolds motion for judgment of default, docket no. 32.  Having reviewed all papers filed in support of, and in opposition to, the motion, the Court enters the following order.

1.  Reynolds' Motion for Judgment of Default is GRANTED;

2.  Judgment is entered in favor of Lucy Reynolds against Defendant Life Insurance of North America in the principal sum of two hundred and fifty-eight thousand and forty-five dollars ($258,045), plus past interest at the statutory rate under 28 U.S.C. § 1961(a) in the amount of ten thousand and four hundred and forty-seven dollars ($10,447), plus accrued interest from the date of judgment at the statutory rate (4.17%) until paid in full.

AMENDED Order and Judgment of Default - 1

3.  For future monthly benefits until Plaintiff's 65th birthday, judgment is entered in favor of Lucy Reynolds in the amount of three thousand, one hundred and sixty-six dollars ($3,166) per month; and

4.  Plaintiff is DIRECTED to file a motion for attorneys' fees and costs within fourteen (14) days of this order and judgment.

IT IS SO ORDERED.

Dated this 30th day of September, 2022.

Thomas S. Zilly
United States District Judge

AMENDED Order and Judgment of Default - 2