UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY REYNOLDS,<br><br>            Plaintiff,<br><br>  v.<br><br>NEW YORK LIFE INSURANCE COMPANY, et. al. ,<br><br>            Defendant. | C21-1424 TSZ<br><br>SUPPLEMENTAL JUDGMENT |

THIS MATTER comes before the Court on Lucy Reynolds motion for attorneys' fees and costs, docket no. 40. Having reviewed all papers filed related to the motion, the Court enters the following order.

George Andre Fields, Plaintiff's Counsel, is awarded fees in the amount of $10,770 and costs in the amount of $410. This supplemental judgment must be paid within twenty-one (21) days of entry of this Judgment. The fees and costs shall be paid to Plaintiff's counsel George Andre Fields, IOLTA and mailed to PO Box 231024 Sacramento, CA 95823.

IT IS SO ORDERED.

SUPPLEMENTAL JUDGMENT- 1

Dated this 24th day of October, 2022.

*Thomas S. Zilly*
_____
Thomas S. Zilly
United States District Judge

ORDER SUPPLEMENTAL JUDGMENT - 2