UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY REYNOLDS,<br><br>        Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | C21-1424 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's motion, docket no. 44, to vacate the Amended Order and Judgment of Default, docket no. 39, and the Supplemental Judgment awarding attorneys' fees and costs, docket no. 42. Having reviewed all papers filed in support of, and in opposition to, the motion, the Court enters the following order.

(1)      The motion to vacate the Amended Order and Judgment of Default, docket no. 44, is GRANTED. The Court has reviewed the three-factor test in *United States v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010), and it has determined that all of the factors weigh in favor of setting aside the judgment. The Court therefore

ORDER - 1

VACATES the entry of default, docket no. 31, the judgment, docket no. 35, and the amended judgment, docket no. 39.

(2) The motion to vacate the Supplemental Judgment awarding attorneys' fees and costs, docket no. 42, is DENIED. Defendant's neglect caused Plaintiff to incur reasonable attorneys' fees and costs in connection with pursuing default and a default judgment. Plaintiff will not suffer for Defendant's mistake. *See, e.g., Brandt v. Am. Bankers Ins. Co. of Florida*, 653 F.3d 1108, 1110 n.1 (9th Cir. 2011).

(3) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 2nd day of December, 2022.

                                                                             /s/ Thomas S. Zilly
                                                                             Thomas S. Zilly
                                                                             United States District Judge

ORDER - 2