UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCY REYNOLDS,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

C21-1424 TSZ

MINUTE ORDER

The dispute in this matter being governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), and the parties having suggested a date by which the administrative record should be filed, see docket no. 61, the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (2-3 days) | September 18, 2023 |
| Deadline for filing administrative record | April 15, 2023 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | May 18, 2023 |
| Deadline for filing dispositive motions | June 22, 2023 |
| Agreed pretrial order due | September 1, 2023 |
| Trial briefs and proposed findings of fact and conclusions of law due | September 1, 2023 |
| Pretrial conference scheduled for | September 8, 2023, at 10:00 a.m. |

MINUTE ORDER - 1

The dates and deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system.  A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first.  The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions.  See Local Civil Rule 11(b).

Plaintiff's unopposed motion, docket no. 61, for a briefing schedule is STRICKEN as moot.  A copy of this Minute Order shall be sent to all counsel of record.

Dated this 17th day of March, 2023.

Ravi Subramanian
Clerk

/s/ Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2