# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCY REYNOLDS,<br><br>              Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>              Defendant. | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-1424 TSZ |

\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Supplemental judgment is hereby ENTERED in favor of Plaintiff Lucy Reynolds and against Defendant Life Insurance Company of North America as follows: attorney's fees in the amount of $94,320 and costs in the amount of $2,286.08. Defendant is further DIRECTED to pay prejudgment interest at a rate of 5.46% per annum on unpaid LTD benefits from October 6, 2020, until the date of the Judgment, October 6, 2023.

Dated this 18th day of December, 2023.

 

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk